Dismissed and Opinion filed May 16, 2002









Dismissed and Opinion filed May 16, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00335-CR

____________

 

CHARLES LEE GRABLE, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 232nd District Court

Harris
County, Texas

Trial
Court Cause No. 764,539

 



 

M E M O R A N D U M  O P I N I O N

After a guilty plea, appellant was placed on deferred
adjudication probation for five years. 
The State moved to adjudicated guilt, and appellant was adjudicated
guilty of the offense of indecency with a child and sentenced on July 24, 1998,
to sixteen years= imprisonment in Texas Department of Criminal Justice,
Institutional Division.  An untimely
motion for new trial was filed on February 5, 2002.  Appellant=s notice of appeal was not filed
until February 13, 2002.








A defendant=s notice of appeal must be filed within thirty days after
sentence is imposed when the defendant has not filed a timely motion for new
trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of
appeal which complies with the requirements of Rule 26 is essential to vest the
court of appeals with jurisdiction.  See
Slaton v. State, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998).  If
an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal.  Under those circumstances it can take no
action other than to dismiss the appeal. 
See id.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed May 16, 2002.

Panel consists of Justices Yates, Seymore, and Guzman.

Do Not Publish ‑ Tex. R. App. P. 47.3(b).